**In re Richard CHEEKS, Petitioner.**

**No. 02–7113.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

---

Richard Cheeks, Petitioner Pro Se.

Before WIDENER, MICHAEL, and
DIANA GRIBBON MOTZ, Circuit
Judges.

Petition denied by unpublished PER
CURIAM opinion.

PER CURIAM.

Richard Cheeks petitions for a writ of
mandamus. He seeks an order preventing
the state court from considering his state
habeas petition and preventing the state
prosecutor from further participation in
his case.

Mandamus relief is available only when
the petitioner has a clear right to the relief
sought. *See In re First Fed. Sav. & Loan
Assn.*, 860 F.2d 135, 138 (4th Cir.1988).
Further, mandamus is a drastic remedy
and should only be used in extraordinary
circumstances. *See Kerr v. United States
Dist. Court*, 426 U.S. 394, 402, 96 S.Ct.
2119, 48 L.Ed.2d 725 (1976); *In re Beard*,
811 F.2d 818, 826 (4th Cir.1987). Manda-
mus may not be used as a substitute for
appeal. *See In re United Steelworkers*,
595 F.2d 958, 960 (4th Cir.1979). This
court does not have jurisdiction to grant
mandamus relief against state officials, *see
Gurley v. Superior Court of Mecklenburg
County*, 411 F.2d 586, 587 (4th Cir.1969),
and does not have jurisdiction to review
state court orders, *see District of Colum-
bia Court of Appeals v. Feldman*, 460 U.S.
462, 482, 103 S.Ct. 1303, 75 L.Ed.2d 206
(1983).

The relief sought by Cheeks is not avail-
able by way of mandamus. Accordingly,
although we grant leave to proceed in for-
ma pauperis, we deny the petition for a
writ of mandamus. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*PETITION DENIED.*